UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MIGLER MAESLY JIMENEZ TOMAS,

Petitioner,

v.

SAMUEL OLSON *et al.*,

Respondents.

CAUSE NO. 3:26cv1006 DRL-SJF

ORDER

Immigration detainee Migler Maesly Jimenez Tomas, by counsel, filed a notice indicating that he wishes to voluntarily dismiss his habeas corpus petition without prejudice [8]. In the interest of justice, this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is DIRECTED to close the case.

SO ORDERED.

August 13, 2026

*s/ Damon R. Leichty*
Judge, United States District Court